

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Garland "Skeet" Amason, Appellant

No. 06-19-00051-CV          v.

Michelle Burrows, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 18C0763-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the summary judgment and remand this cause to the trial court for further proceedings.

We further order that the appellee, Michelle Burrows, pay all costs of this appeal.

RENDERED JANUARY 6, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk